UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERMAINE DIXON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 07- 1687 RJL |
| v | ) | |
| ALBERTO GONZALES, ET AL | ) | |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on October 26th, 2007 from Unassigned (9098) to Judge Leon because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Leon
& Courtroom Deputy