UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERMAINE DIXON )<br>#51921-019 )<br>U.S.P. Canaan )<br>P.O. BOX 300 )<br>Waymart, PA 18472 )<br>       )<br>      Plaintiff, )<br>       )<br>      v. )<br>       )<br>       )<br>ALBERTO GONZALES, U.S. Attorney )<br>General, WILLIAM G. STEWART II, )<br>Acting Assistant Director )<br>       )<br>      Defendants ) | Civil Action No.07-1687 (RJL)<br>Electronic Case Filing |

## ENTRY OF APPEARANCE

    **THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendants in the above-captioned case.

    Respectfully submitted,

    _____/s/_____
    RHONDA C. FIELDS
    United States Attorney's Office
    Judiciary Center Building
    555 4th Street, N.W. - Room E4804
    Washington, D.C. 20530

CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 9th day of **November**, 2007, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

JERMAINE DIXON
#51921-019
U.S.P. Canaan
P.O. BOX 300
Waymart, PA 18472

                                                  /s/
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530