UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERMAINE DIXON, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 07-1687 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, U.S. ATTORNEY | ) | |
| GENERAL, | ) | |
| WILLIAM G. STEWART, | ) | |
| ACTING ASSISTANT DIRECTOR, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' ANSWER TO COMPLAINT

FIRST DEFENSE

The court lacks jurisdiction over the subject matter of this complaint because no records have been improperly withheld.

SECOND DEFENSE

Former U.S. Attorney General Alberto Gonzales and former Acting Assistant Director William G. Stewart are not proper party defendants.

THIRD DEFENSE

Plaintiff has failed to exhaust administrative remedies.

FOURTH DEFENSE

In response to the allegations of Plaintiff's complaint, the Department of Justice Executive Office for United States Attorneys (EOUSA), the proper defendant in this matter, admits, denies, or otherwise avers as follows:

1

1-2. The sections entitled "I. Successive Claims" and "II. Previous Lawsuits" contain information related to the Prison Litigation Reform Act of 1995 to which no response is required.

3. The section entitled "III. Place of Confinement" contains information pertaining to Plaintiff's incarceration to which no response is required. Defendant denies the allegations contained in sub-paragraph C and avers that this sub-paragraph pertains to the institution's prisoner grievance procedure in which EOUSA did not participate.

4. Defendant lacks sufficient knowledge to form a belief as to the allegation contained in sub-paragraph A of the section entitled "IV. Parties." Defendant denies the allegations contained in sub-paragraph B of this section and avers that the named defendants are not proper parties to this action.

5. Paragraph V, first sentence, contains plaintiff's characterization of his action to which no answer is required, but to the extent one may be deemed required, it is denied. The remainder of the paragraph contains Plaintiff's description of his request to which no response is required. Defendant respectfully refers the Court to a copy of Plaintiff's request as the best evidence of its contents. Complaint at Ex. 4.

6. The first and second sentences of the section entitled "VI. Relief" contains Plaintiff's description of the relief that he seeks to which no response is required. To the extent that a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested herein or to any relief whatsoever. The third sentence of this section contains Plaintiff's statement regarding "exceptional circumstances" and reducing the backlog of pending requests to which no response is required. The fourth, fifth and sixth sentences in this section contain legal

arguments to which no response is required.

Defendant denies each and every statement and allegation made in this complaint not expressly admitted herein.

                              Respectfully Submitted,

                              _____ /s/ _____
                              JEFFREY A. TAYLOR, D.C. Bar #498610
                              United States Attorney

                              _____/s/_____
                              RUDOLPH CONTRERAS, D.C. Bar #434122
                              Assistant United States Attorney

                              _____/s/_____
                              RHONDA C. FIELDS
                              Assistant United States Attorney
                              Civil Division
                              555 Fourth Street, N.W.
                              Washington, D.C.  20530
                              202/514/6970

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on this 3rd day of December, 2007, a copy of the foregoing Answer was mailed, postage prepaid to plaintiff pro se

JERMAINE DIXON  
R51921-019  
CANAAN  
U.S. PENITENTIARY  
Inmate Mail/Parcels  
P.O. BOX 300  
WAYMART, PA 18472

                                                 /s/  
                                      Rhonda C. Fields  
                                      Assistant United States Attorney