UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
MAR 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JERMAINE DIXON,       )
    Plaintiff.        )
                        )
                        )   Hon. Richard J Leon
v.                    )
                        )   Civil Action No. 07-cv-1687
                        )
ALBERTO GONZALEZ, et al., )
    Defendants.       )
                        )

## NOTICE OF CHANGE OF ADDRESS

Plaintiff, Jermaine Dixon, files this notice of change of address with the Clerk of Court as required by local rule.

Plaintiff's mailing address, P.O. BOX 300, Waymart, PA 18472, has changed. The new address is FCI, Fort Dix, P.O. BOX 2000, Fort Dix, New Jersey 08640

Respectfully submitted,

*/s/ Jermaine Dixon*
Jermaine Dixon
Reg. No. 51921-019
FCI, Fort Dix
P.O. BOX 2000
Fort Dix, N.J. 08640

Dated: March 20, 2008.

## CERTIFICATE OF SERVICE

I, Jermaine Dixon, in pro se, do hereby certify that a copy of plaintiff's "change of address notice" were served upon:

> Assistant United States Attorney
> Rhoda C. Fields
> District of Columbia
> Judiciary Center
> 555 4th Street, N.W.,
> Washington, DC 20001

by sending same by United States Mail on March 20, 2008, in prepaid envelope.

*Jermaine Dixon* (signature)
Jermaine Dixon