UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED

MAR 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JERMAINE DIXON )
    Plaintiff. )
) Hon. Richard J. Leon
)
) Civil Action No. 07-cv-1687
v. )
)
) APPLICATION FOR EXTENSION
ALBERTO GONZALES, et al., ) OF TIME TO RESPOND TO
    Defendants. ) DEFENDANTS MOTION TO
) DISMISS
)
)

    Application is hereby made, pursuant to Federal Rule of Civil Procedure 6.(b)(1)(B), for a 45-day extension of time for plaintiff to respond to defendants Motion to Dismiss in this matter.

    It is respectfully requested that the Court extend the time for plaintiff to respond to defendants' Motion to Dismiss until Monday, May 5, 2008, and is represented that:

    1. Plaintiff has not filed an answer to defendants Motion to Dismiss, because he has not received a copy of defendants' motion.

    2. No previous extension has been obtained.

    3. Plaintiff's attached declaration explains the unusual circumstances and cause for delay.

    WHEREFORE, this Honorable Court is urged to grant the relief herein requested as plaintiff has done everything in his power to pursue this matter, and for any other relief this Court may deem just and proper.

*Jermaine Dixon*
Jermaine Dixon

DECLARATION OF JERMAINE DIXON IN SUPPORT
OF MOTION FOR EXTENSION OF TIME TO REPLY
DEFENDANTS MOTION TO DISMISS

1.   My name is Jermaine Dixon. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.   On September 24, 2007, declarant filed with this Honorable Court a Complaint against Alberto Gonzalez former United States Attorney.

3.   On October 26, 2007, this Honorable Court granted declarants petition to proceed in Informa Pauperis.

4.   On December 3, 2007, defendants' filed their answer to plaintiff's complaint.

5.   On January 18, 2008, defendants' filed a Motion to Dismiss or Summary Judgment.

6.   On February 8, 2008, this Honorable Court Orders plaintiff to respond to defendants' Motion to Dismiss by March 11, 2008.

7.   Declarant assert's that when he filed his complaint, he was incarcerated at the United States Penitentiary at Canaan, which is located at P.O. BOX 300, Waymart, PA 18472.

8.   On December 19, 2007, declarant was shipped out of Canaan, and transferred to FCI, Fort Dix, which is located at P.O. BOX 2000, Fort Dix, NJ 08640. Declarant arrived at FCI, Fort Dix on December 22, 2007.

9.   On January, 2008, declarant filed with this Honorable Court a change of address, however, such notice does not appear in the court's docket sheet.

10.  On February 8, 2008, this Honorable Court Ordered plaintiff to respond to defendants' Motion to Dismiss by March 11, 2008, nevertheless, plaintiff received this Court's Order on March 18, 2008, at FCI, Fort Dix. See, attachment.

11.  Declarant has personal knowledge of all the assertions made within this declaration, as declarant is the individual who filed the Complaint in this legal matter.

WHEREFORE, your declarant respectfully prays that the relief requested within his motion be granted in all respects.

I declare under the penalty of perjury, and pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

EXECUTED on March __21__, 2008.

/s/ Jermaine Dixon
Jermaine Dixon
Reg. No. 51921-019
FCI, Fort Dix
P.O. BOX 2000
Fort Dix, N.J. 08640

## CERTIFICATE OF SERVICE

I, Jermaine Dixon, in pro se, do hereby certify that a copy of "plaintiff's Application for Extension of time and attached declaration" were served upon:

>Assistant United States Attorney
>Rhonda C. Fields
>District of Columbia
>Judiciary Center
>555 4th Street, N.W.,
>Washington, DC 20001

by sending same by United States Mail on March 21, 2008, in prepaid envelope.

>*/s/ Jermaine Dixon*
>Jermaine Dixon
>Reg. No. 51921-019
>FCI, Fort Dix
>P.O. BOX 2000
>Fort Dix, New Jersey 08640