UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 7 – 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JERMAINE DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1687 (RJL) |
| ) | |
| ALBERTO GONZALES *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiff's motion for an enlargement of time to respond to defendants' dispositive motion and finding good cause shown, it is this 3rd day of April 2008,

**ORDERED** that plaintiff's motion [Dkt. No. 15] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff shall file his response to defendants' motion by May 5, 2008 or, as previously advised, risk dismissal of the case; and it is

**FURTHER ORDERED** that within five days of this Order, defendants shall serve a copy of its dispositive motion upon plaintiff at his current address of record and file an amended certificate of service.

_____
RICHARD J. LEON
United States District Judge