UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERMAINE DIXON | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | Civil Action No.07-1687 (RJL) |
| | ) | Electronic Case Filing |
| | ) | |
| MICHAEL MUKASEY, | ) | |
|    U.S. ATTORNEY GENERAL, | ) | |
| WILLIAM G. STEWART II, | ) | |
|    ACTING ASSISTANT DIRECTOR, | ) | |
| | ) | |
|    Defendants | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF FILING CERTIFICATE OF SERVICE**

Defendants submit the attached certificate of service.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

   /s/
RHONDA C. FIELDS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6970

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this **7th** day of **April, 2008**, a copy of the foregoing Motion to Dismiss, Motion for Summary Judgment (Attachments #1 Finnegan Dec, # 2 DeclExhibits, #3 Proposed Order) was sent by Express Mail, to plaintiff prose

JERMAINE DIXON
R51921-019
FCI Fort Dix
Federal Correctional Institution
P.O. BOX 2000
Fort Dix, NJ 08640

 

                                               //s/
                                       Rhonda C. Fields
                                       Assistant United States Attorney