UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERMAINE DIXON,                )<br>                                              )<br>         Plaintiff,                  )<br>                                              )<br>         v.                              )   Civil Action No. 07-1687 (RJL)<br>                                              )<br>MICHAEL B. MUKASEY[1] *et al.*, )<br>                                              )<br>         Defendants.              ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 1st day of July 2008,

**ORDERED** that defendant's motion to dismiss and for summary judgment [Dkt. No. 12] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the Department of Justice. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge

---

[1] Substituted pursuant to Fed. R. Civ. P. 25(d).