IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Jermaine Dixon,<br>      Appellant<br><br>v.<br><br>Michael B. Mukasey, et al.,<br>      Appellees | **RECEIVED**<br>AUG - 1 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Act. No.<br>07-1687 (RJL) |

## NOTICE OF APPEAL

Comes now the Appellant, JERMAINE DIXON, and notices an appeal to the District Court order dated July 18, 2008, denying the relief requested.

Respectfully submitted,

*/s/ Jermaine Dixon*

Done this 29 day of July, 2008, at F.C.I. Fort Dix 08640.

## CERTIFICATE OF SERVICE

I, ___Jermaine Dixon___, do hereby certify that the original copy of appeal notice was sent to the Clerk's Office upon the address of the District Court of the United States, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, by U.S. First Class Mail this _29_ day of July, 2008.

_____Jermaine Dixon_____